Michael C. Elmer (SBN 60366)
michael.elmer@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
2 Overlook Drive
Newport Beach, CA 92657
Telephone:   (949) 715-5262
Facsimile:    (650) 849-6666

Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Douglas A. Rettew (*pro hac vice* to be filed)
doug.rettew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Plaintiff Patagonia, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>CHELSEA INTERNATIONAL INC.,<br><br>CAC INTERNATIONAL GROUP,<br><br>and<br><br>TRAMEVER INC.<br><br>         Defendants. | **CASE NO. 2:16-cv-08030**<br><br>**COMPLAINT FOR TRADEMARK COUNTERFEITING, TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, COPYRIGHT INFRINGEMENT, AND UNFAIR COMPETITION**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiff Patagonia, Inc. ("Patagonia") by its undersigned attorneys, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

**NATURE OF THE ACTION**

1.      This is an action for trademark counterfeiting, trademark infringement, trademark dilution, copyright infringement, and unfair competition under federal, state, and/or common law.  Patagonia brings this action against Chelsea International Inc., CAC International Group, and Tramever Inc. ("Defendants") because Defendants are offering and selling low-quality knock offs of at least Patagonia vests and branding them with a copy of Patagonia's well-known, highly recognizable Fitzroy Skyline logo.  Defendants' plan is obvious and inescapable:  to trade off the tremendous goodwill Patagonia has built over the course of the last 40-plus years by duping people into thinking Defendants' products are made or licensed by Patagonia. The harm to the brand could not be more acute, especially for a company like Patagonia who has built its reputation on making high-quality products in an environmentally and socially responsible way.  Patagonia thus seeks to enjoin Defendants' unlawful use of their copycat logo and to recover actual and statutory damages, Defendants' profits, and other relief, including attorneys' fees and costs.

**THE PARTIES**

2.      Plaintiff Patagonia is a California corporation with its principal place of business at 259 West Santa Clara Street, Ventura, CA 93001.

3.      Defendant Chelsea International Inc. is a California corporation with an address at 3815 Baldwin Ave., Unit 27, El Monte, CA 91731.  Chelsea International Inc. is responsible for making, importing, and selling the counterfeit/infringing products at issue.

4.      Defendant CAC International Group is a California corporation with an address at 4341 Baldwin Ave., El Monte, CA 91731.  CAC International Group is

responsible for making, importing, and selling the counterfeit/infringing products at issue.

5. Defendant Tramever Inc. is a California corporation with an address at 110 E 9th Street, Los Angeles, CA 90079. Tramever Inc. is a jobber responsible for buying the counterfeit/infringing products at issue from Chelsea International Inc. and/or CAC International Group and reselling them.

## JURISDICTION AND VENUE

6. This action arises under the federal Trademark Act, 15 U.S.C. §§ 1051, *et seq.*; the related law of the state of California; and the federal Copyright Act, 17 U.S.C. §§ 101, *et seq.* This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121; 28 U.S.C. §§ 1331, 1338(a) and (b); and 17 U.S.C. §§ 501 *et seq.*

7. This Court has personal jurisdiction over Defendants, and venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because Patagonia is being harmed in this District; Defendants are doing business in this District; and Defendants are using the counterfeit and infringing logo on products imported into this District, stored in this District, and sold from this District.

## PATAGONIA AND ITS HISTORY

8. Patagonia's roots trace back over half a century when, in the 1960's, climber and outdoorsman Yvon Chouinard started making climbing equipment. Chouinard expanded the business in the early 1970's by offering outdoor clothing. PATAGONIA was chosen as the brand for this venture because it brings to mind romantic visions of glaciers tumbling into fjords, jagged windswept peaks, gauchos, and condors. To visually convey this imagery, a multi-color jagged-mountain-peak design, inspired by the silhouette of Mount Fitz Roy on the Chilean/Argentine border, was chosen as Patagonia's company logo:



(the "Fitzroy Skyline Logo").

9.      From its humble roots, Patagonia has grown in popularity and enjoyed tremendous commercial success over the years, expanding its product offerings to include a full range of apparel, including products designed for climbing, skiing and snowboarding, surfing, fly fishing, and trail running, as well as backpacks, bags, water bottles, accessories, gear, and consumables.

10.      Causing no unnecessary environmental harm and championing strong social practices in its supply chain and with its employees are, and always have been, paramount to Patagonia and an integral pillar of its identity.  For example, in 1996, with an increased awareness of the dangers of using toxic pesticides and synthetic fertilizers in conventional cotton growing (including to workers and the environment), Patagonia began using only organically-grown cotton and has done so for nearly 20 years.  Moreover, Patagonia was a founding member of the Fair Labor Association—an independent multi-stakeholder verification and training organization that audits apparel factories to create lasting solutions to abusive labor practices.  Further still, since 1985, Patagonia has pledged 1% of sales to grass-roots environmental groups to preserve and restore the natural environment, donating more than $70 million.  In 2002, Patagonia's founder, with others, created 1% For the Planet—a non-profit organization that encourages other businesses to do the same.  Today, more than 1,200

COMPLAINT
Case No. 2:16-cv-08030

member companies have donated more than $100 million to more than 3,300 nonprofits.  In 2012, Patagonia became California's first Benefit Corporation, ensuring Patagonia could codify into its corporate charter consideration of its workers, community, and the environment.

11.    Patagonia has earned accolades for every aspect of its business, including its high-quality products and social and environmental initiatives and efforts; for example:

- Conservation Alliance's *Outstanding Partnership Award* (2016);
- Outside Magazine's *Gear of the Year* award (2014 and 2015);
- The National Geographic Adventure Blog's *Gear of the Year* award (2010, 2013, and 2014);
- OutdoorGearLab's *Editor's Choice* and *Top Pick* awards (2015);
- Volvo EcoDesign's *Eco Brand of the Year* award (2008); and
- Sustainable Business Council's first *Lifetime Achievement Award* (2012).

**PATAGONIA'S FITZROY SKYLINE LOGO**

12.    Patagonia has continuously used its Fitzroy Skyline Logo (sometimes with slight modifications) since at least as early as 1973.

13.    Patagonia's Fitzroy Skyline Logo is used in various ways, including on the inside and outside labels of its various apparel products, and in other ways to identify the source of its products (exposing myriad consumers to the brand both at the point of sale and post-sale), e.g.:

 

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28













COMPLAINT
Case No. 2:16-cv-08030



14.     Today, along with the PATAGONIA trademark, the Fitzroy Skyline Logo has become one of the most identifiable and respected brands in the country.

15.     Patagonia owns the following valid and subsisting U.S. trademark registrations for its Fitzroy Skyline Logo:

| Mark | Goods | Reg. No./ Reg. Date | First-Use Date |
|---|---|---|---|
| ![mark] | Men's, women's and children's clothing, namely, jackets, pants, shirts, sweaters, vests, skirts, underwear tops and bottoms, socks, gloves, mittens, hats, face masks, balaclava, gaiters, and belts in Class 25. | 1547469<br><br>07/11/1989 | 08/1974 |

| Mark | Goods | Reg. No./ Reg. Date | First-Use Date |
|---|---|---|---|
| | Mens, womens and childrens clothing-namely, jackets, pants, vests, gloves, pullovers, cardigans, socks, sweaters, underwear, shirts, shorts, skirts and belts in Class 25. | 1294523 09/11/1984 | 08/1974 |
| | Luggage back packs and all-purpose sports bags in Class 18. | 1775623 06/08/1993 | 08/1988 |
| | Clothing -- namely, men's, women's and children's sports shirts and t-shirts in Class 25. | 1406838 08/26/1986 | 06/18/1985 |
| | Shirts, pants, shorts in Class 25. | 4500490 03/25/2014 | 01/2012 |
| | Backpacks; luggage, namely, duffel bags, sling bags, hip packs, waist bags, and daypacks in Class 18.<br><br>Water-repellent and waterproof fishing packs in the nature of packs that are specially adapted for fishing equipment, namely, backpacks, daypacks, duffel bags, sling bags, hip packs, waist bags, and gear bags in the nature of fishing reel bags, fishing tackle bags, and sportsman's fishing bags in nature of duffel bags in Class 28. | 4773290 07/14/2015 | 01/15/2014 |

7

16.     Patagonia's U.S. Registration Nos. 1547469, 1294523, 1775623, and 1406838 are incontestable.

17.     Patagonia also owns U.S. Copyright Registration No. VA0001801788 for its Fitzroy Skyline Logo.

18.     Patagonia's products, branded with the Fitzroy Skyline Logo, are promoted, offered, and sold nationwide through Patagonia's own retail stores, as well as national, regional, independent, and specialty retailers, including a number of retailers in this District.  Patagonia's products are also offered and sold through Patagonia's own website, catalogs, and toll-free call center, as well as the websites of certain of its wholesale partners.  The Fitzroy Skyline Logo is promoted and displayed in a variety of ways through the myriad brick-and-mortar and online retail environments where Patagonia's products are offered and sold.  Patagonia's products with the Fitzroy Skyline logo have enjoyed considerable commercial success all across the United States.

19.     Patagonia devotes substantial time, effort, and resources annually to advertising, marketing, and promoting its products and brands—including the Fitzroy Skyline Logo—through virtually every type of digital and print media, such as print advertisements (e.g., magazines and newspapers), Internet advertising, social media, billboards, catalogs, point-of-sale displays, sponsorships, and trade shows.

20.     In addition to its own advertising and promotional activities, Patagonia and its marks, products, and environmental and social efforts, initiatives, and leadership receive significant unsolicited media coverage, attention, and praise.

21.     As a result of the Fitzroy Skyline Logo's distinctive nature and inherent strength, widespread use, advertising, publicity, promotion, and substantial sales, that logo has been well-known and famous since long before Defendants began their unlawful acts.  The Fitzroy Skyline Logo serves as a succinct symbol of Patagonia, its brand values, and its philosophy, namely to build the best product, cause no

1 | unnecessary harm, and use business to inspire and implement solutions to the
2 | environmental crisis.

3 | **DEFENDANTS AND THEIR WRONGFUL ACTS**

4 |     22.    Defendants are making, importing, and/or selling at least vests that mimic
5 | the style and branding of Patagonia's vests, including a copy of the Fitzroy Skyline
6 | Logo on the inside neck label and on a "swing tag" connected to the front zipper.

| Patagonia's Nano Puff Vest | Defendants' Vest |
|---|---|



23.    Like Patagonia's Fitzroy Skyline Logo, Defendants' logo depicts the very same silhouetted peaks, set under a similarly lined and colored background skyline, i.e.:

| Patagonia's Logo | Patagonia's Registration | Defendants' Logo |
|---|---|---|
| | | |

24.    Unlike Patagonia's products, however, Defendants' vests are low/poor quality.

25.    Defendants Chelsea International Inc. and CAC International Inc. make the vests in China and then import and sell them in the United States.

26.    Defendant Tramever Inc. is a jobber that buys the vests from Chelsea International Inc. and/or CAC International Inc. and resells them.

27.    Defendants' vests have been sold to different retailers with both online and brick-and-mortar points of sale.

**INJURY TO THE PUBLIC AND PATAGONIA**

28.    Defendants' unauthorized use of the Fitzroy Skyline Logo is likely to cause confusion, mistake, and deception as to the source or origin of Defendants' products, and is likely to falsely suggest a sponsorship, connection, or association between Defendants, their products, and/or their commercial activities with Patagonia.

29.   Defendants' actions described above are likely to dilute the distinctiveness and value of Patagonia's famous Fitzroy Skyline Logo and to tarnish the brand's reputation for high quality and environmental and social responsibility.

30.   Defendants' unauthorized use of the Fitzroy Skyline Logo has damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure Patagonia, its Fitzroy Skyline Logo, its reputation and goodwill, and the public's interest in being free from confusion.

31.   Defendants know that their use of the Fitzroy Skyline Logo is neither permitted nor authorized.  As a result, Defendants have acted knowingly, willfully, in reckless disregard of Patagonia's rights, and in bad faith.

## FIRST CLAIM FOR RELIEF
## Federal Trademark Counterfeiting Under
## Sections 32(1)(b), 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d)

32.   Patagonia repeats and realleges each and every allegation set forth in paragraphs 1 through 31 of this Complaint.

33.   Defendants have used and continue to use counterfeits of Patagonia's federally registered Fitzroy Skyline Logo marks, listed in Paragraph 15, which cover vests and other clothing, in connection with the sale, offering for sale, and distribution of clothing in violation of Sections 32(1)(b), 34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d).

## SECOND CLAIM FOR RELIEF
## Trademark Infringement Under
## Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)

34.   Patagonia repeats and realleges each and every allegation set forth in paragraphs 1 through 33 of this Complaint.

35.   Without Patagonia's consent, Defendants used and continue to use in commerce reproductions, copies, and colorable imitations of Patagonia's registered Fitzroy Skyline Logo in connection with the offering, distribution, and advertising of

11

1    clothing, which is likely to cause confusion, or to cause mistake, or to deceive, in

2    violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

3                          **THIRD CLAIM FOR RELIEF**

4             **Trademark Infringement, False Designation**

5             **of Origin, Passing Off, and Unfair Competition**

6    **Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)**

7          36.    Patagonia repeats and realleges each and every allegation set forth in

8    paragraphs 1 through 35 of this Complaint.

9          37.    Defendants' use of the Fitzroy Skyline Logo, as described above, is

10   likely to cause confusion, or to cause mistake, or to deceive as to the origin,

11   sponsorship, or approval of Defendants, their products, and/or their commercial

12   activities by or with Patagonia, and thus constitutes trademark infringement, false

13   designation of origin, passing off, and unfair competition in violation of Section 43(a)

14   of the Lanham Act, 15 U.S.C. § 1125(a).

15                         **FOURTH CLAIM FOR RELIEF**

16                **Trademark Dilution Under Section**

17           **43(c) of the Lanham Act, 15 U.S.C. § 1125(c)**

18         38.    Patagonia repeats and realleges each and every allegation set forth in

19   paragraphs 1 through 37 of this Complaint.

20         39.    Patagonia's Fitzroy Skyline Logo is famous, as that term is used in

21   15 U.S.C. § 1125(c), and was famous prior to Defendants' first use of the Fitzroy

22   Skyline Logo, based on, among other things, the federal registration of Patagonia's

23   Fitzroy Skyline Logo and the extensive nationwide use, advertising, promotion, and

24   recognition of that mark.

25         40.    Defendants' actions, as described above, are likely to dilute the

26   distinctive quality of Patagonia's famous Fitzroy Skyline Logo via both blurring and

27   tarnishment in violation of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c), as

28   amended by the Trademark Dilution Revision Act of 2006.

**FIFTH CLAIM FOR RELIEF**

**Trademark Dilution Under California's Dilution Statute**

**Sections 14247 *et seq.* of the Cal. Bus. & Prof. Code**

41. Patagonia repeats and realleges each and every allegation set forth in paragraphs 1 through 40 of this Complaint.

42. Based on the inherent distinctiveness and long, extensive, and exclusive nationwide use, advertising, promotion, and recognition of the Fitzroy Skyline Logo among the general consuming public and relevant trade, Patagonia's Fitzroy Skyline Logo is famous, and was famous prior to Defendants' use of that mark.

43. Defendants' actions, as described above, are likely to dilute Patagonia's famous Fitzroy Skyline Logo in violation of California's Dilution Statute, Cal. Bus. & Prof. Code § 14247 *et seq.*

**SIXTH CLAIM FOR RELIEF**

**Common-Law Trademark Infringement and Unfair Competition**

44. Patagonia repeats and realleges each and every allegation set forth in paragraphs 1 through 43 of this Complaint.

45. Defendants' activities described above constitute common-law trademark infringement and misappropriation of the goodwill associated with the Fitzroy Skyline Logo and constitute unfair competition in violation of California common law.

**SEVENTH CLAIM FOR RELIEF**

**Copyright Infringement Under 17 U.S.C. § 106**

46. Patagonia repeats and realleges each and every allegation set forth in paragraphs 1 through 45 of this Complaint.

47. The Fitzroy Skyline Logo is an original work of authorship subject to copyright protection under 17 U.S.C. § 101 *et seq.*

48. Patagonia owns valid and subsisting Copyright Registration No. VA0001801788 for its Fitzroy Skyline Logo.

49.     Defendants had access to the Fitzroy Skyline Logo and copied it without authorization.

50.     Defendants' logo is at least substantially similar to the Fitzroy Skyline Logo.

51.     Defendants violated Patagonia's exclusive copyright in the Fitzroy Skyline Logo by reproducing and distributing it without authorization.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Patagonia respectfully demands a trial by jury on all issues properly triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Patagonia requests that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A.     An Order declaring that Defendants' use of the Fitzroy Skyline Logo infringes Patagonia's rights in that mark/design and constitutes trademark counterfeiting, trademark dilution, copyright infringement, and unfair competition under federal and/or state law, as detailed above.

B.     A permanent injunction enjoining Defendants and their employees, agents, partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies, affiliates, distributors, dealers, and all persons in active concert or participation with any of them:

1.     From using or registering the Fitzroy Skyline Logo and/or any other marks, logos, or designs that are confusingly similar to, substantially similar to, or likely to dilute the Fitzroy Skyline Logo; and

2.     From representing by any means whatsoever, directly or indirectly, that any products offered by Defendants, or any activities undertaken by Defendants, are associated or connected in any way with Patagonia or sponsored or authorized by or affiliated with Patagonia.

COMPLAINT
Case No. 2:16-cv-08030

C.     An Order directing Defendants to, within thirty (30) days after the entry of the injunction, file with this Court and serve on Patagonia's attorneys a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

D.     An Order directing Defendants to immediately destroy all products, advertisements, promotional materials, stationery, forms, and/or any other materials and things that contain or bear the Fitzroy Skyline Logo and/or any other marks, logos, or designs that are confusingly similar to, substantially similar to, or likely to dilute the Fitzroy Skyline Logo.

E.     An Order requiring Defendants to account for and pay to Patagonia any and all profits arising from the foregoing acts, and increasing such profits, including trebling them, in accordance with 15 U.S.C. § 1117, 17 U.S.C. § 504, and other applicable laws.

F.     An Order requiring Defendants to pay Patagonia damages in an amount as yet undetermined caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117, 17 U.S.C. § 504, and other applicable laws.

G.     An Order requiring Defendants to pay statutory damages in accordance with 15 U.S.C. § 1117(c) of up to $2,000,000 for each type of product sold, offered for sale, or distributed by Defendants under the Fitzroy Skyline Logo.

H.     An Order requiring Defendants to pay statutory damages in accordance with 17 U.S.C. § 504(c)(2) of up to $150,000.

I.     An Order requiring Defendants to pay Patagonia punitive damages in an amount to be determined due to the foregoing willful acts of Defendants.

J.     An Order requiring Defendants to pay Patagonia its costs and attorneys' fees in this action pursuant to 15 U.S.C. § 1117, 17 U.S.C. § 505, and other applicable laws.

K.     Other relief as the Court may deem just and appropriate.

1    Dated:  October 27, 2016          Respectfully submitted,

2

3                                      */s/ Morgan E. Smith*

4                                      Morgan E. Smith (SBN 293503)
                                       morgan.smith@finnegan.com
5                                      **FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, LLP**
6                                      3300 Hillview Avenue
                                       Palo Alto, CA  94304
7                                      Telephone:   (650) 849-6600
                                       Facsimile:   (650) 849-6666
8
                                       Douglas A. Rettew (*pro hac vice* to be filed)
9                                      doug.rettew@finnegan.com
                                       **FINNEGAN, HENDERSON, FARABOW,
10                                        GARRETT & DUNNER, LLP**
                                       901 New York Avenue, N.W.
11                                     Washington, D.C.  20001-4413
                                       Telephone:   (202) 408-4000
12                                     Facsimile:    (202) 408-4400

13
                                       Michael C. Elmer (SBN 60366)
14                                     michael.elmer@finnegan.com
                                       **FINNEGAN, HENDERSON, FARABOW,
15                                        GARRETT & DUNNER, LLP**
                                       2 Overlook Drive
16                                     Newport Beach, CA 92657
                                       Telephone:   (949) 715-5262
17                                     Facsimile:    (650) 849-6666

18                                     Attorneys for Plaintiff Patagonia, Inc.

19

20

21

22

23

24

25

26

27

28

COMPLAINT
Case No. 2:16-cv-08030